# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: Jeffery Michael Johnson and Tasha Nicole Johnson
      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–8479   xxx–xx–1648

Bankruptcy Proceeding No. 14–31630–lkg
Chapter No.: 7
Judge: Laura K. Grandy

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave, East St Louis, IL 62201
    on 12/2/14 at 09:00 AM

to consider and act upon the following:

    Objection to Debtor's Claim of Exemptions filed by Trustee Donald M. Samson

At least 10 days prior to the hearing on the objection to exemption, the parties shall meet, discuss possible resolution of the objection. In cases in which the trustee is the objector, the trustee shall bear the burden of scheduling the conference. In all other cases, that burden shall be on the debtor(s)' counsel.

Dated: November 14, 2014

DIRECT ALL COURT CORRESPONDENCE TO:              Donna N Beyersdorfer
U.S. BANKRUPTCY COURT                                        Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.

United States Bankruptcy Court
Southern District of Illinois

In re:                                                          Case No. 14-31630-lkg
Jeffery Michael Johnson                                         Chapter 7
Tasha Nicole Johnson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0754-3      User: kw          Page 1 of 1         Date Rcvd: Nov 14, 2014
                          Form ID: 322      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2014.
db          +Jeffery Michael Johnson,   102 Elm St.,   Cahokia, IL 62206-1056
jtdb        +Tasha Nicole Johnson,   2508 Angela,   Granite City, IL 62040-2936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
              Caleb J Halberg    on behalf of Creditor    Quicken Loans Inc. chalberg@potestivolaw.com,
               bknotices@potestivolaw.com
              Donald M. Samson    dnldsamson@gmail.com,    Il17@ecfcbis.com
              Teri L Havron    on behalf of Creditor    GCS Credit Union teri@ghalaw.com,   crichardson@ghalaw.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
              William A Mueller -  Mueller Associates    on behalf of Joint Debtor Tasha Nicole Johnson
               belleville@tbcwam.com,   tbcbackup@yahoo.com
              William A Mueller -  Mueller Associates    on behalf of Debtor Jeffery Michael Johnson
               belleville@tbcwam.com,   tbcbackup@yahoo.com
                                                                                             TOTAL: 6